# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SIMON TIMLICHMAN** and **SVETLANA TIMLICHMAN,**
Appellants,

v.

**SILVIA CHETRIT,**
Appellee.

No. 4D21-2999

[June 23, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE21008559.

Josef Timlichman of Josef Timlichman Law, PLLC, Aventura, for appellants.

Diego E. Traibel, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***